UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

BRAULIO THORNE, *and on behalf of all other persons similarly situated*,

                Plaintiff,

   -against-

COTY MARINE, INC.,

                Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 3 2019

ORDER

19 Civ. 1038 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: July 23, 2019
       New York, New York

                            SO ORDERED.

                            *George B Daniels*
                            GEORGE B. DANIELS
                            UNITED STATES DISTRICT JUDGE